# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0888
Lower Tribunal No. 2023-CA-003413

_____

CIGN REAL ESTATE, LLC,

Appellant,

v.

SAUNDERS RALSTON DANTZLER REAL ESTATE, LLC,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Brandon J. Rafool, Judge.

October 14, 2025

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and GANNAM, JJ., concur.


David A. Green, of Fox Rothschild, LLP, West Palm Beach, for Appellant.

Stuart Hartstone and Robert C. Johnson, of Pike & Lustig, LLP, West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED